UNITED STATES of America,
Plaintiff—Appellee,

v.

Daniel NICHERIE, aka Seal A,
Defendant—Appellant.

No. 09–50305.

United States Court of Appeals,
Ninth Circuit.

Submitted Aug. 30, 2010.*

Filed Sept. 7, 2010.

Jason Paul Gonzalez, Assistant U.S., Michael J. Raphael, Esquire, Assistant U.S., Office of the U.S. Attorney, Los Angeles, CA, for Plaintiff–Appellee.

Kenneth M. Stern, Esquire, Law Offices of Kenneth M. Stern, Woodland Hills, CA, for Defendant–Appellant.

Before: KOZINSKI, Chief Judge, O'SCANNLAIN and GOULD, Circuit Judges.

### MEMORANDUM**

The district court never issued a ruling on Nicherie's request for the funds held in the attorney client trust accounts and the bail bond. Until it does, the matter is still pending before the district court and we

* The panel unanimously concludes this case is suitable for decision without oral argument. See Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.

have no jurisdiction. See 28 U.S.C. § 1291 (granting "jurisdiction of appeals from all final decisions of the district courts"); Jacobsen v. U.S. Postal Serv., 993 F.2d 649, 662 (9th Cir.1992).

DISMISSED.